

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-26-00042-CV

———————————————

IN THE INTEREST OF T.S., A CHILD

---

On Appeal from the 367th District Court
Denton County, Texas
Trial Court No. 25-0267-367

---

Before Kerr, Birdwell, and Womack, JJ.
Memorandum Opinion by Justice Womack

## MEMORANDUM OPINION

Appellant S.H. (Mother) filed a notice of appeal from the final judgment terminating her parent–child relationship with her daughter, T.S.[1]

On April 7, 2026, this court notified Mother that her appellant's brief, which was due on March 25, 2026, had not been filed as required by Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a) (explaining briefing deadline); *see also* Tex. R. App. P. 28.4(a)(2)(A) (explaining that termination appeals are accelerated). We warned Mother that, under Rule of Appellate Procedure 38.8(a)(1), her appeal could be dismissed for want of prosecution unless she filed with the court, on or before April 17, 2026, a brief along with a motion reasonably explaining the brief's untimeliness and the need for an extension. *See* Tex. R. App. P. 10.5(b) (setting out requirements for a motion to extend time), 38.8(a)(1) (explaining that if an appellant fails to timely file a brief, then the appellate court may "dismiss the appeal for want of prosecution, unless the appellant reasonably explains the failure and the appellee is not significantly injured by the appellant's failure to timely file a brief"), 42.3(b) (allowing court to dismiss appeal for want of prosecution after giving ten days' notice to all parties).

---

[1] We use initials for the minor and the relationship to the minor for others in order to protect the child's identity. *See* Tex. Fam. Code § 109.002(d); Tex. R. App. P. 9.8(b)(2).

That date has passed, and Mother has not responded. We therefore dismiss her appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b).

/s/ Dana Womack

Dana Womack
Justice

Delivered: May 7, 2026